**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00132-CV**

_____

**IN RE ROBERT CHARLES KRAMER**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-225237**

**ORDER**

Robert Charles Kramer ("Relator") filed a petition for writ of mandamus. Relator is a party in Cause No. F-225237, *In the Matter of the Marriage of Robert Charles Kramer and Nancy Lynn Kramer and in the Interest of S.L.K.* Relator seeks a writ compelling the Judge of the 317th District Court to vacate his discovery rulings and orders requiring production of certain documents and information. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relator filed an emergency motion for temporary relief. Relator alleges that prejudice will result if production of documents and information occurs before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the discovery pertaining to the production of Robert Kramer's personnel records, medical records, pharmacy records, and related requests made by Nancy Kramer, including the deposition on written questions served upon Dr. Luis Glenn Taylor, Dr. Kevin Dean, Malley's Family Pharmacy, McMakin Pharmacy, CVS/Pharmacy, Beaumont Bone and Joint Institute, and the request for the cell phone records or the forensic examination, download, and review or production of the cell phone is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the real party in interest, Nancy Lynn Kramer, is due May 5, 2016.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED April 25, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

2